In the United States District Court
for the Northern District of Ohio
Western Division

| | |
|---|---|
| Arthur R. Bell | Case No. 3:15 cv 01175 |
| Frederick Hofer, Jr. | Case No. 3:16 cv 469 |
| Terrence M. Miller | Case No. 3:15cv 2698 |
| James O. Combs | Case No. 3:16cv 139 |
| Edward Stroub | Case No. 3:16cv 789 |
| Aaron Miller | Case No. 3:16cv 2591 |
| George Price | Case No. 3: cv 632 |
| Plaintiffs | Plaintiffs Status Report |
| | Patricia Horner |
| v. | S. Ct. #0039912 |
| | 412 14th Street |
| Management & Training | Toledo, OH 43604 |
| Corp., et al., | (419) 699-6163 |
| | FAX (419) 244-1119 |
| | Co-Counsel for Plaintiffs |
| Defendants. | |

*******************

Now come plaintiffs Bell, Hofer, T. Miller, Combs, Stroub, A. Miller and G. Price pursuant to this Court's pre-trial order, hereby submit their Status Report for the above-referenced cases.

1. WRITTEN DISCOVERY TO PLAINTIFFS

Plaintiffs Bell, Hofer, T. Miller, Holmes and Combs have submitted their written

responses to defendants' written discovery requests, although the verification pages for plaintiffs Hofer and T. Miller are outstanding. Plaintiffs Stroub and A. Miller responses to defendants' discovery are being completed.

    2. TIME LINES

The parties have exchanged proposals for discovery time lines; these were in preparation for the May 12, 2017 pre-trial. Plaintiffs discovery proposal included the following plaintiffs: those identified in the caption here, and, G. Holmes No. 3: 17 cv 812, A. Soto No. 3: 16 cv 2993 and S. Beair No. 3:15 cv 322

The parties have not reached any agreement on discovery time lines.

    3. RESPONDEAT SUPERIOR

Plaintiffs have submitted informal requests for information from defendants on topics of inquiry on Respondeat Superior issues and identification of corporate level individuals who can discuss the areas of interest.

Regarding the Respondeat Superior issues, Plaintiffs submitted to defendants Counsel correspondence dated May 4, outlining 7 areas of Management & Training Corp. and its subsidiary MTC Medical, LLC in which they needed to know the names of the individuals and employment status of each person for purposes of initiating depositions.

Defendants responded with 2 names of individuals who solely worked at NCCC.

Following the written correspondence, all attorneys participated in a telephone conference and discussed the topics of inquiry in plaintiffs May 4 letter and defendants' response. The resolution from that was further information regarding the topics of inquiry for defendants

executive, senior and operation management staff would be provided by plaintiffs. On June 21, 2017 plaintiffs submitted said information to defendants' Attorney Tim Reid. See, June 21 letter, attached.

    4. MISC.

As to Plaintiff George Price Attorney Horner has requested to withdraw from representing him. That motion to withdraw was submitted on or about June 4, 2017. Plaintiffs Attorneys Houser and Miller intend to file a motion to withdraw as Counsel for Mr. Price as well.

Plaintiffs Counsel will be re-filing in federal Court the cases involving J. Velarde, L. Lewis, J. Kelley and D. Walker.

Plaintiff Scott Beair's case, plaintiffs contend it should remain a stand alone case, though its time lines can be included in any reached for the identified plaintiffs in this caption. There has not been any discovery conducted on Mr. Beair's case, whereas in the Bell, Hofer, Holmes, Combs, Stroub, T. Miller and A. Miller there was almost 2 years of discovery conducted before those plaintiffs' cases were removed to this federal court.

Plaintiffs remain willing and amenable to finding acceptable resolutions to the Respondeat Superior and time line issues.

                                                  Respectfully submitted,

                                                  /s/ Patricia Horner
                                                  Patricia Horner