| Employee | Name | Stat | Position | From TRD | To TRD | Center Name |
|---|---|---|---|---|---|---|
| 120500346 | Rath, David | TR | Physician | 12/16/2012 | 07/02/2013 | MTC Medical - North Central |
| 120500538 | Donohue, Vickie | AF | Health Care Administrator | 03/09/2014 | 12/31/2015 | MTC Medical - North Central |
| 120500060 | Hensley, Julie | TR | Health Care Administrator | 01/01/2012 | 06/10/2012 | MTC Medical - North Central |
| 120500455 | McClain, Jerri | TR | Health Care Administrator | 08/11/2013 | 02/02/2014 | MTC Medical - North Central |
| 120500011 | Teare, Donna | TR | Health Care Administrator | 07/01/2012 | 06/18/2013 | MTC Medical - North Central |
| 120500485 | Alexander, Megan | TR | Medical Records Clerk | 11/04/2013 | 05/16/2014 | MTC Medical - North Central |
| 120500167 | Carman, Miranda | AF | Medical Records Clerk | 12/12/2011 | 09/28/2012 | MTC Medical - North Central |
| 120500183 | Dyer, Krystal | TR | Medical Records Clerk | 12/12/2011 | 03/30/2012 | MTC Medical - North Central |
| 120500163 | Hicks, Lori | TR | Medical Records Clerk | 12/12/2011 | 12/22/2011 | MTC Medical - North Central |
| 120500707 | Kelley, Connie | TR | Medical Records Clerk | 09/22/2014 | 12/31/2015 | MTC Medical - North Central |
| 120500174 | Kessell, Austine | TR | Medical Records Clerk | 12/12/2011 | 04/23/2014 | MTC Medical - North Central |
| 120500309 | Price, Mary | TR | Medical Records Clerk | 10/09/2012 | 12/10/2012 | MTC Medical - North Central |
| 120500649 | Robertson, Kimberly | TR | Medical Records Clerk | 06/30/2014 | 12/31/2015 | MTC Medical - North Central |
| 120500326 | Smith, Kelley | TR | Medical Records Clerk | 12/03/2012 | 08/29/2013 | MTC Medical - North Central |
| 120500197 | Spayde, Sarah | TR | Medical Records Clerk | 01/30/2012 | 07/25/2014 | MTC Medical - North Central |
| 120500208 | Weir, Sheri | TR | Medical Records Clerk | 03/26/2012 | 01/17/2015 | MTC Medical - North Central |
| 120500642 | Whitaker, Dorothy | AF | Medical Records Clerk | 06/16/2014 | 12/01/2015 | MTC Medical - North Central |
| 120500642 | Whitaker, Dorothy | AF | Medical Records Clerk | 01/05/2015 | 12/31/2015 | MTC Medical - North Central |
| 120500388 | Zaebst, Joyce | TR | Medical Records Clerk | 02/25/2013 | 05/20/2014 | MTC Medical - North Central |
| 120500487 | Hoover, Sharon | TR | Nurse Practitioner (Physician Extender) | 11/03/2013 | 05/30/2014 | MTC Medical - North Central |
| 120500378 | Shortt-Tucker, Suzy | TR | Nurse Practitioner | 01/20/2013 | 04/28/2013 | MTC Medical - North Central |
| 120500160 | Boblenz, Janice | TR | RN Asst Health Care Administ | 12/04/2011 | 05/09/2014 | MTC Medical - North Central |
| 120500181 | Dixon, Jennifer | TR | RN Asst Health Care Administ | 06/29/2014 | 12/31/2015 | MTC Medical - North Central |
| 46000001 | Turner, Neil | AF | Warden | 09/25/2011 | 12/31/2015 | North Central Corr Complex |
| 46000243 | Miller, Chris | TR | Manager, Compliance | 01/02/2012 | 03/30/2012 | North Central Corr Complex |
| 46000096 | Woods, Kevin | AF | Manager, Compliance | 04/30/2012 | 12/31/2015 | North Central Corr Complex |
| 46000659 | Boden, Robyn | AF | Manager, Finance | 04/13/2014 | 12/31/2015 | North Central Corr Complex |
| 46000635 | Holcomb, Michael | TR | Manager, Finance | 02/09/2014 | 03/21/2014 | North Central Corr Complex |
| 46000267 | Whitacre-Charles, Veronica | TR | Manager, Finance | 01/01/2012 | 02/20/2014 | North Central Corr Complex |
| 46000048 | Holley, Jennifer | AF | Manager, Human Resources | 05/31/2015 | 12/31/2015 | North Central Corr Complex |
| 46000236 | Lee, William | TR | Manager, Human Resources | 12/18/2011 | 02/06/2012 | North Central Corr Complex |
| 46000243 | Miller, Chris | TR | Manager, Human Resources | 04/02/2012 | 05/27/2015 | North Central Corr Complex |
| 46000282 | Serrano, Tamara | TR | Manager, Human Resources | 02/05/2012 | 03/28/2012 | North Central Corr Complex |
| 46000008 | Boyd, Taggart | AF | Unit Management Administrator | 01/01/2012 | 03/30/2014 | North Central Corr Complex |
| 46000020 | Craig, James | AF | Unit Management Administrator | 04/22/2012 | 12/31/2015 | North Central Corr Complex |
| 46000242 | Deskins, Daniel | TR | Unit Management Administrator | 01/01/2012 | 07/22/2012 | North Central Corr Complex |
| 46000412 | King, Ann | TR | Unit Management Administrator | 01/12/2014 | 05/29/2015 | North Central Corr Complex |
| 46000055 | Lykins, Dawn | AF | Unit Management Administrator | 06/14/2015 | 12/31/2015 | North Central Corr Complex |
| 46000666 | Quintero, Ruben | AF | Unit Management Administrator | 05/18/2014 | 10/26/2014 | North Central Corr Complex |
| 46000256 | Shuler, Lorri | AF | Unit Management Administrator | 08/26/2012 | 12/08/2013 | North Central Corr Complex |
| 46000058 | May Jr, Harold | TR | Chief of Security | 12/11/2011 | 10/03/2014 | North Central Corr Complex |
| 46000666 | Quintero, Ruben | AF | Chief of Security | 11/02/2014 | 12/31/2015 | North Central Corr Complex |
| 46000256 | Shuler, Lorri | AF | Inspector of Institutional Svc | 12/15/2013 | 12/31/2015 | North Central Corr Complex |
| 46000270 | Morris, Kasey | TR | Inspector of Institutional Svc | 01/01/2012 | 11/15/2013 | North Central Corr Complex |

**EXHIBIT A**