**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Scott D. Beair, *et al.*,

    Plaintiffs,

Case Nos.    3:15CV00322
3:15CV01175
3:15CV02698
3:15CV00632
3:16CV00139
3:16CV00469
3:16CV00789
3:16CV02591
3:16CV02993
3:17CV00812

    v.        **ORDER**

MTC Medical, LLC, *et al.*,

    Defendants.

Discovery conference held June 30, 2017.

It is hereby,

ORDERED THAT:

1. Leave granted to plaintiffs to file amended complaints joining individual health care providers responsible for plaintiffs' care by September 1, 2017;

2. Defendants' motion to dismiss individual health care providers on the basis of a statute of limitations defense due by October 16, 2017; plaintiffs' opposition due November 15, 2017; defendants' reply due December 1, 2017; and

3. Discovery re: *Monell* issues relating to institutional and corporate (MTC Medical) medical directors to be completed by March 1, 2018.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge