# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| James O. Combs, | Case No. 3:16CV139 |
| Terrence M. Miller, | Case No. 3:15CV2698 |
| Edward Stroub, | Case No. 3:16CV789 |
| Frederick Hofer, Jr., | Case No. 3:16CV469 |
| Gerald Holmes, Jr., | Case No. 3:17CV812 |
| Aaron Miller, | Case No. 3:16CV2591 |
| Scott D. Beair, | Case No. 3:15CV322 |
| Arthur R. Bell, | Case No. 3:15CV1175 |
| Anthony Soto, | Case No. 3:16CV2993 |
| William Bean, | Case No. 3:17CV1811 |
| Jesus Velarde, | Case No. 3:17CV1824 |
| Daniel L. Walker, | Case No. 3:17CV1826 |

        Plaintiffs,

    v.                             **ORDER**

MTC Medical, LLC, et al.,

        Defendants.

Telephonic conference re. parties' discovery disputes held June 4, 2018. Time: 1 hour, 30 minutes. Court reporter: Angela Nixon (419.213.5518).

It is hereby ORDERED THAT:

1. Plaintiff's response to defendants' pending motion to dismiss (Doc. 10) in the *Walker* case, No. 3:17CV1826, due on or before June 20, 2018; defendants' reply due July 1, 2018.

2. The complaint in the *Velarde* case, No. 3:17CV1824, be, and the same hereby is, dismissed with prejudice for non-compliance with the court's order of February 13, 2018, regarding counsel's obligation to confirm that they have correct contact information for the plaintiff, and for want of prosecution.

3. On or before June 15, 2018, plaintiff's counsel shall obtain and tender to defense counsel a signed statement from plaintiff Hofer (Case No. 3:16CV469) expressing his interest in continuing the prosecution of this matter, listing his current contact information (address, telephone number, email address, if any), and acknowledging Hofer's responsibility to notify his attorneys of any changes in that information and to cooperate with defense counsel's reasonable requests for discovery. Plaintiff's counsel shall also file a copy of the statement with the court on or before June 15, 2018. Failure to obtain the signed statement and file it with the court on or before June 15, 2018, will result in dismissal of Hofer's complaint with prejudice.

4. On or before August 1, 2018, and to the extent such has not already been provided, defense counsel to produce last known addresses and contact information for individual medical providers, whether no longer employed by corporate defendants or still employed by corporate defendants, identified by plaintiffs in their pending complaints.

5. In all pending cases, plaintiffs to be produced for depositions no later than September 1, 2018.

6. In all pending cases, plaintiffs to conclude fact witness depositions of all current or former personnel employed by corporate defendants no later than October 15, 2018.

7. In all pending cases, plaintiffs must designate expert witness(es) no later than November 1, 2018, and produce report(s) from such expert(s) no later than December 15, 2018.

8. Telephonic status/scheduling conference set for January 7, 2019, at 4:00 p.m. The call will be held on the court's bridge line (1.877.336.1839, access code 8856866).

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge